**Order filed December 1, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01053-CV
_____

### DIOGU LAW FIRM PLLCAND DIOGU KALU DIOGU II, Appellant

### V.

### DAVID MELANSON; DENISE ROBBINS; EDDIE M. KRENEK; AND TRICIA KRENEK, Appellees

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-251076**

## ORDER

On November 17, 2020, this court granted appellant's motions to extend time to file a motion for rehearing and motion for en banc reconsideration until November 20, 2020. This court further stated that in light of appellant's failure to comply with Texas Rule of Appellate Procedure 10.1(a)(5), absent extraordinary circumstances, we would not grant further extensions. *See* Tex. R. App. P. 10.1(a)(5).

On November 23, 2020, appellant filed motions for rehearing and motion for en banc reconsideration without filing motions to extend time or citing extraordinary circumstances for his untimely filings. Because, however, the

motions were filed within 15 days of its due date, we will imply motions to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). While extensions may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filings. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we order appellant to file proper motions to extend time to file the motion for rehearing and motion for en banc reconsideration on or before **10 days** after the date of this order. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will strike the motion for rehearing and motion for en banc reconsideration. *See* Tex. R. App. P. 42.3.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.